UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOCELYN DIONNE CAMPBELL**, <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAM S. SCHMIDT,** in his official capacity as the Suspension and Debarment Official, Suspension & Debarment Division of the U.S. General Services Administration, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-1785 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it its hereby

**ORDERED** that Plaintiff's [3] Motion for Preliminary Injunction is **DENIED**. It is further

**ORDERED** that Defendants shall answer or otherwise respond to the Complaint on or before December 3, 2020.

**SO ORDERED.**

Date:  November 3, 2020

CHRISTOPHER R. COOPER
United States District Judge